# UNITED STATES DISTRICT COURT
for the
District of Guam

FILED
DISTRICT COURT OF GUAM
JUN 27 2025
JEANNE G. QUINATA
CLERK OF COURT

United States of America
v.

CHARISSA M. F. TENORIO

Defendant

Case No. CR-25-00011-001

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHARISSA M. F. TENORIO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Pretrial Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - Conspiracy to Commit Wire Fraud [18 U.S.C. §§1349 & 1343];
Counts 2 to 10 - Wire Fraud [18 U.S.C. §§1343 & 2];
Count 11 - Conspiracy to Commit Mail Fraud [18 U.S.C. §§1349 & 1341];
Counts 12 to 29 - Mail Fraud [18 U.S.C. §§1341 & 2];
Count 31 - Money Laundering [18 U.S.C. §§1957 & 2];
Counts 32 to 33 - Witness Tampering [18 U.S.C. §1512(d)(2)]; and Notice of Forfeiture

Date: 06/26/2025

*Issuing officer's signature*

City and state: Hagatna, GU

Leilani R. Toves Hernandez, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/26/2025, and the person was arrested on *(date)* 6/27/2025
at *(city and state)* HAGATNA, GU.

Date: 6/27/2025

*Arresting officer's signature*

ALBERT FONTANA, SA
*Printed name and title*

RECEIVED
JUN 26 2025
UNITED STATES MARSHALS SERVICE

ORIGINAL