# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-25-00011  DATE: September 30, 2025

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Francine Diaz
Courtroom Deputy: Kasteen Arceo  Hearing Times: 9:20-9:28

**APPEARANCES:**

| Defendant: Charissa Tenorio | Attorney: Jacqueline Terlaje |
| Kathleen Peredo | William Gavras |
| Tina Sanchez | Louie Yanza |
| Winnie Jo Santos (Not Present) | Edwin Torres for Joseph Razzano |
| Frankie Rosalin | Heather Quitugua |
| Matthew Topasna | Thomas Fisher |
| Marlene Pinaula | Peter C. Perez |

☑ Present ☐ Custody ☐ Bond ☑ P.R.    ☑ Present ☑ Retained ☐ FPD ☑ CJA

U.S. Attorney: Benjamin Petersburg  U.S. Agent:
U.S. Probation: None Present
Interpreter:  Language:

**PROCEEDINGS: Discovery Hearing**

- Mr. Torres requested that Ms. Santos' presence be waived due to a dental emergency - GRANTED.
- Mr. Petersburg indicated that 934,000 pages of discovery had been produced to the parties. Based on the voluminous discovery, Ms. Terlaje requested an enlargement of time with other defense counsel agreeing.
- The court ordered the parties to meet and confer in the next 30 days to discuss proposed trial date and other deadlines.
- Next status and scheduling hearing scheduled for: <u>October 31, 2025 at 11:00 a.m.</u>, with the parties joint or individual statement regarding dates to be filed no later than October 29, 2025.
- Court vacates the current trial date and related deadlines and excludes the period of time commencing today until the October 31, 2025 hearing from the speedy trial computations in light of the voluminous discovery and technological issues in accessing said discovery.
- The court indicated that it would waive defendants' presence at the next hearing if counsel wished.

NOTES: